UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                    )
                                          )    Case No. 11-17956-EEB
NEXHORIZON BROADBAND OF                   )
SOUTHERN CALIFORNIA, INC.                 )    Chapter 11
                                          )
EIN:  33-0397477                          )

## MOTION FOR JOINT ADMINISTRATION

The Debtor, by and through its attorneys, Kutner Miller Brinen, P.C., moves the Court for an Order for Joint Administration of the two Chapter 11 cases captioned NexHorizon Broadband of Southern California, Inc., Case No. 11-17956-EEB and NexHorizon Communications, Inc., Case No. 10-24682 and as grounds therefore states as follows:

1.     The Debtor, NexHorizon Broadband of Southern California, Inc. ("Broadband") filed a petition for relief under Chapter 11 of the Bankruptcy Code on April 11, 2011 and remains a Debtor-in-Possession.

2.     NexHorizon Communications, Inc. ("NCI") filed for relief under Chapter 11 of the Bankruptcy Code on June 11, 2010 and remains a Debtor-in-Possession.

3.     Broadband is owned 100% by NCI.

4.     NCI provides telecommunication and cable services in southern California.

5.     The issues that will need to be resolved in both of the Broadband and NCI bankruptcy cases will be, to a great extent, identical.  The cases will involve common factual and legal issues. The Debtors each own assets which are utilized jointly.

6.     Any Plan of Reorganization will by necessity require a resolution of the issues in the both cases.

7.     The NCI Chapter 11 case was the earlier filed case and pursuant to Local Bankruptcy Rule 1015, joint administration should occur under that case.

8.     A similar Motion for Joint Administration is being filed in the NCI case.

WHEREFORE, the Debtor respectfully requests that the Broadband Chapter 11 case be jointly administered with the NCI Chapter 11 case pursuant to Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015, order that the two cases be jointly administered under the NCI Bankruptcy

Case No. 10-24682, and for such further and additional relief as to the Court may appear proper.

Dated: April 11, 2011

Respectfully submitted,

By: _____

Aaron A Garber (#36099)

**KUTNER MILLER BRINEN, P.C.**
303 E. 17th Avenue, Suite 500
Denver, CO  80203
Telephone:  (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: aag@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                    )
                                          )     Case No. 11-17956-EEB
NEXHORIZON BROADBAND OF                   )
SOUTHERN CALIFORNIA, INC.                 )     Chapter 11
                                          )
EIN:  33-0397477                          )

## ORDER FOR JOINT ADMINISTRATION

This matter having come before the Court on the Debtor's Motion for Joint Administration, cause being shown to the Court for the granting of the requested relief, it is hereby

ORDERED

That the above captioned case shall be jointly administered with the case of NexHorizon Communications, Inc., Case No. 10-24682 pursuant to Local Bankruptcy Rule 1015.

Done and entered this _____ day of April, 2011 at Denver, Colorado.


_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge